IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Shonette Marie Coleman, | : | |
| Plaintiff | : | Civil Action 2:14-cv-00117 |
| v. | : | Judge Graham |
| Carolyn W. Colvin, Acting Commissioner of Social Security, | : | Magistrate Judge Abel |
| | : | |
| Defendant | | |

**Report and Recommendation**

Plaintiff has failed to respond her Statement of Errors within thirty days after the answer and transcript were filed. She has also failed to respond to the Court's June 14, 2014 Order that she show cause why the case should not be dismissed for failure to prosecute. She has also taken no action to prosecute this case within the past 180 days. Accordingly, the Magistrate Judge RECOMMENDS that this case be DISMISSED for want of prosecution. Rule 41(b), Fed. R. Civ. P. *See, Link v. Wabash R. Co.,* 370 U.S. 626, 630-31 (1962). S.D. Ohio Civil Rule 55.1(c).

If plaintiff Coleman want to continue this appeal of the Commissioner of Social Security's final decision denying her disability benefits, she must file a statement with the Court within fourteen (14) days of the date of this Report and Recommendation stating why the Commissioner's decision should be reversed and an order entered requiring the Commissioner to either further consider her application for disability

benefits or requesting the Commissioner to grant her application and award her disability benefits.

If any party objects to this Report and Recommendation, that party may, within fourteen (14) days, file and serve on all parties a motion for reconsideration by the Court, specifically designating this Report and Recommendation, and the part thereof in question, as well as the basis for objection thereto. 28 U.S.C. §636(b)(1)(B); Rule 72(b), Fed. R. Civ. P.

The parties are specifically advised that failure to object to the Report and Recommendation will result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court. *Thomas v. Arn*, 474 U.S. 140, 150-152 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981); *United States v. Sullivan,* 431 F.3d 976, 984 (6th Cir. 2005); *Miller v. Currie,* 50 F.3d 373, 380 (6th Cir. 1995). Even when timely objections are filed, appellate review of issues not raised in those objections is waived. *Willis v. Sullivan,* 931 F.2d 390, 401 (6th Cir. 1991).

s/Mark R. Abel<br>
United States Magistrate Judge