```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

Shonette Marie Coleman,

    Plaintiff,

  v.                             Case No. 2:14-cv-117

Carolyn W. Colvin,
Acting Commissioner of
Social Security,

    Defendant.

<u>ORDER</u>

    This matter is before the court for consideration of the July 21, 2014, report and recommendation of the United States magistrate judge to whom this case was referred pursuant to 28 U.S.C. §636(b). The magistrate judge recommended that this case be dismissed pursuant to Fed. R. Civ. P. 41(b) for want of prosecution. The magistrate judge noted that plaintiff failed to respond to the court's order of June 14, 2014, directing her to show cause on or before June 20, 2014, why the case should not be dismissed for failure to prosecute, and that she had taken no action to prosecute the case within the past 180 days. <u>See</u> Doc. 11, p. 1; Doc. 12, p. 1.

    The report and recommendation specifically advised the parties that failure to object to the report and recommendation within fourteen days of the report would "result in a waiver of the right to *de novo* review by the District Judge and of the right to appeal the judgment of the District Court." Doc. 12, p. 2. No objections have been filed, and the time for filing such objections has expired.

      The court hereby adopts and affirms the report and recommendation of the magistrate judge (Doc. 12).  This action is hereby dismissed pursuant to Fed. R. Civ. P. 41(b) for want of prosecution.

Date: August 20, 2014             <u>s/James L. Graham</u>
                                      James L. Graham
                                      United States District Judge